[67ord01e] [ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13]

ORDERED.

Dated: May 17, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                     Case No. 6:17–bk–02012–CCJ
                                                                                           Chapter 7
Neil Peter Dyer
dba Upward Mobility
dba Consciousness Holdings


_____Debtor*_____/

ORDER CONVERTING CASE
FROM CHAPTER 7 TO CHAPTER 13

   THIS CASE came on for consideration upon a motion to convert filed by the above named debtor on May 16, 2017 (Document No. 14). The debtor originally filed a petition for relief under Chapter 7 and now seeks to convert the case to a case under Chapter 13 pursuant to 11 U.S.C. Section 706(a). Finding that the debtor is eligible for relief under Chapter 13 of the Bankruptcy Code, it is

   ORDERED:

   1. This case is converted to a case under Chapter 13 of the Bankruptcy Code.

   2. The debtor shall file a Chapter 13 plan no later than 14 days from the date of the entry of this order.


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.