UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:                                                                                           CASE NO.: 6:17-bk-02012-CCJ
                                                                                                          CHAPTER: 13

Neil Dyer
*dba* Upward Mobility
*dba* Consciousness Holdings,
    Debtor.
_____/

## NOTICE OF APPEARANCE
### FOR PROPERTY LOCATED AT 11243 PRESTON COVE ROAD, CLERMONT, FLORIDA 34711

    The Bank of New York Mellon f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank, as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2004-5, its successors and/or assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the court's Master Mailing List:

**KENIA MOLINA, ESQ.**
**Frenkel Lambert Weiss Weisman & Gordon, LLP**
**One East Broward Boulevard, Suite 1430**
**Fort Lauderdale, FL 33301**

    **I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the attached Mailing List this 22nd day of May, 2017.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorneys for Secured Creditor
One East Broward Boulevard, Suite 1430
Fort Lauderdale, FL 33301
Phone: (954) 522-3233
Fax: (954) 200-7770

/s/ Kenia Molina
Kenia Molina, Esq.
FBN: 85156

04-071187-B00

MAILING LIST

Pro Se Debtor
Neil Peter Dyer
11243 Preston Cove Road
Clermont, FL 34711

Trustee
Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801