UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-bk-02012-CCJ

In re:

NEIL PETER DYER,

    Debtor(s).
_____/

**TRUSTEE'S MOTION TO RECONVERT CASE TO CHAPTER 7**

A preliminary hearing in this case will be held on **July 18, 2017 at 2:00 PM** in Courtroom 6D, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, 6th Floor, Orlando, FL 32801, and act upon the following matter and transact such other business that may come before the court:

**Motion to Reconvert Case to Chapter 7**

1. The hearing may be continued upon announcement made in open Court without further notice

2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Reconvert case back to a chapter 13 proceeding and as grounds states as follows:

1. The debtor filed a chapter 7 bankruptcy proceeding on March 29, 2017.

2. The case was converted to a chapter 13 proceeding on May 17, 2017.

3. The debtor has filed a Motion for Voluntary Dismissal (Doc No. 21).

4. Prior to the debtor converting this case the Chapter 7 Trustee had filed a notice of recovery of assets.

5. Accordingly, this case should not be dismissed but rather converted back to a Chapter 7 proceeding to be administered.

WHEREFORE, the Trustee moves this Court for an order re-converting this case to a chapter 7 proceeding, and for such other relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or by United States mail, postage pre-paid, to all parties on the courts official mailing matrix on May 31, 2017 and to

**Richard B Webber, Trustee**
Post Office Box 3000
Orlando, FL 32802

 LAURIE K. WEATHERFORD
 Chapter 13 Standing Trustee

 BY:  /s/ Laurie K. Weatherford
  Laurie K. Weatherford, Trustee
  Stuart Ferderer, Esq.
  Fla. Bar No. 0746967
  Ana V. De Villiers, Esquire
  Fla Bar No. 0123201
  Post Office Box 3450
  Winter Park, Florida 32790-3450
  Telephone: (407) 648-8841
  Facsimile: (407) 648-2665