United States Bankruptcy Court
Middle District of Florida

In re:                                                                Case No. 17-02012-CCJ
Neil Peter Dyer                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6          User: badrienne          Page 1 of 1          Date Rcvd: Aug 23, 2017
                             Form ID: Dostkamd         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db           +Neil Peter Dyer,   11243 Preston Cove Road,   Clermont, FL 34711-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
        Kenia L Molina    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
        as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
        as Trustee for Structured Asset Mortgage Invest kmolina@flwlaw.com,   kenia@keniamolina.com
        Laurie K Weatherford    ecfdailysummary@c13orl.com
        United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                        TOTAL: 3

ORDERED.

**Dated: August 23, 2017**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 6:17−bk−02012−CCJ
                                                                      Chapter 13
Neil Peter Dyer
dba Upward Mobility
dba Consciousness Holdings

_____   Debtor*   _____/

### ORDER STRIKING AMENDED SCHEDULES I AND J

THIS CASE came on for consideration, without hearing, of the Amended Schedules I and J filed August 22, 2017, Doc. No. 34. The Amended Schedules I and J is deficient as follows:

The Amended Schedules I and J does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.
The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

Accordingly, it is ***ORDERED:***

The Amended Schedules I and J is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.